IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWRENCE R. RHODES,<br><br>    Petitioner,<br><br>vs.<br><br>WILLIAM LEE, Superintendent, Green Haven Correctional Facility,<br><br>    Respondent. | No. 9:12-cv-01747-JKS<br><br>ORDER |

At Docket No. 15, Respondent informed the Court that it had received on May 10, 2013, a copy of the transcript of Rhodes's state court trial. After reviewing the records submitted by Respondent, this Court has determined that receipt of the trial transcript would aid in meaningfully reviewing the claims set forth in Rhodes's petition for writ of habeas corpus.

**IT IS THEREFORE ORDERED THAT** Respondent shall have 30 days, or up to and including May 15, 2014, to file under seal with this Court a complete copy of the trial transcript. *See* Rule 7 of the Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS FURTHER ORDERED THAT**, once the transcripts are lodged, the Clerk of Court shall provide Rhodes with a copy of those transcripts without cost. *See* 28 U.S.C. § 2250.

Dated: April 15, 2014.

                /s/ James K. Singleton, Jr.
                JAMES K. SINGLETON, JR.
                Senior United States District Judge